IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                           3:05CR10/MCR
                                                                    3:06cv254/MCR/MD

ROBERT FERGUSON TITUS

## **REPORT AND RECOMMENDATION**

The government filed a response to the defendant's motion to vacate and set aside or correct sentence pursuant to Title 28, United States Code, Section 2255. (Doc. 43). The court entered an order directing the defendant to reply to the response, and this order was returned as undeliverable, as defendant had been moved from his previous institution.

The defendant has now filed a letter request to the clerk from his new institution requesting that his § 2255 be "disolved and not processed." Although the defendant offers no explanation for his request, the court will construe this as a motion for voluntary dismissal without prejudice. Defendant is advised that although dismissal without prejudice is not a ruling on the merits, the statute of limitations may impede subsequent attempts to re-open or re-file his motion.

Accordingly, it is respectfully RECOMMENDED:

The defendant's motion to voluntarily dismiss his case be GRANTED and his motion to vacate, set aside, or correct sentence (doc. 39) be dismissed without prejudice.

At Pensacola, Florida, this 23rd day of August, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).