IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                       Case No: 3:05cr10/MCR
                                                             3:06cv254/MCR/MD

ROBERT FERGUSON TITUS
                                                /

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 23, 2006. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to voluntarily dismiss his case is GRANTED and his motion to vacate, set aside or correct sentence (doc. 39) is dismissed without prejudice.

DONE AND ORDERED this 25th day of September, 2006.

                                           _s/ M. Casey Rodgers_
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**